

**NUMBER 13-08-128-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE: LOUISE SWANTNER-CARTER

### On Petition for Writ of Mandamus

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides
Memorandum Opinion Per Curiam**

On March 11, 2008, relator, Mary Louise Swantner-Carter, filed a petition for writ of mandamus with this Court in which she alleges that respondent, the Honorable Marisela Saldaña, Presiding Judge of the 148th Judicial District Court of Nueces County, Texas, abused her discretion by granting the real parties interest plea in abatement.

Relator's petition for writ of mandamus asks this Court to order the respondent to vacate her order denying the plea in abatement in trial court cause number 07-2292-E.

The real parties in interest, William M. Tosheff, II, Michelle L. Emura, Steven Tosheff, and George Alexander Tosheff, and Frost National Bank, filed their response to the petition for writ of mandamus on March 28, 2008.

The Court, having examined and fully considered relator's petition for writ of mandamus and the real parties in interest response, is of the opinion that the petition for writ of mandamus should be denied.

Accordingly, the petition for writ of mandamus is hereby DENIED. *See* TEX. R. APP. P. 52.8(a).

                                  PER CURIAM

Memorandum Opinion delivered and
filed this the 21st day of April, 2008.